**DISMISS and Opinion Filed September 13, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00600-CV

## ESTATE OF MICHAEL BARNES HOPPE, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02880-1**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Smith

On August 21, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by August 31, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested letter brief. To date, appellant has not filed the requested letter brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP.P. 42.3(b)(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

230600F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ESTATE OF MICHAEL BARNES
HOPPE, DECEASED

No. 05-23-00600-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-19-02880-
1.
Opinion delivered by Justice Smith.
Justices Carlyle and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Greg Thomas recover his costs of this appeal from appellant Maxine Hoppe.

Judgment entered September 13, 2023